NANCY E. PICKARD, Appellant, *v.* JAMES CARR et al., Respondents.

(Argued June 28, 1893; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made March 29, 1892, which affirmed a judgment in favor of defendants entered upon a verdict and affirmed an order denying a motion for a new trial.

*Amasa J. Parker* for appellant.

*H. V. Howland* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.